```
                                                FILED
                                           U.S. DISTRICT COURT
                                             SAVANNAH DIV.
         IN THE UNITED STATES DISTRICT COURT FOR
              THE SOUTHERN DISTRICT OF GEORGIA  2013 JAN -9  PM 12:47
                    SAVANNAH DIVISION
                                           CLERK_____
                                           SO. DIST. OF GA.
```

KENNETH WRIGHT,                )
                               )
     Plaintiff,                )
                               )
v.                             )      CASE NO. CV412-162
                               )
SWIFT TRANSPORTATION CO. OF    )
ARIZONA, LLC, and JONATHAN     )
CALVIN GUNTHER,                )
                               )
     Defendants.               )
                               )

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of January 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA