FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JAN -9 PM 12: 47

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH WRIGHT,)
)
    Plaintiff,)
)
v.)    CASE NO. CV412-162
)
SWIFT TRANSPORTATION CO. OF)
ARIZONA, LLC, and JONATHAN)
CALVIN GUNTHER,)
)
    Defendants.)
)

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of January 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA